# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 23, 2020

Bridget M. McCormack,
Chief Justice

160196

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

THOMAS STOWELL,
        Plaintiff-Appellant,

v

RICHARD GROVER and JOHNICK
RESTAURANTS, INC.,
        Defendants-Appellees.

SC: 160196
COA: 348157
Ingham CC: 18-000025-NO

_____/

On order of the Court, the application for leave to appeal the August 12, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 23, 2020



a0318

Clerk